AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenneth M. Powers,<br>*Petitioner*<br>v.<br>Warden B.J. Meeks, FCI Williamsburg,<br>*Respondents* | )<br>)<br>)  Civil Action No.    1:15-cv-03510-CMC<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Kenneth M. Powers, shall take nothing of the respondent, Warden B.J. Meeks, and this case is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, dismissing the petition without prejudice.

Date:  June 14, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                    s/M. Walker
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*